**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00123-CMA-BNB

TI TRAINING CORP., a Delaware corporation,

    Plaintiff,

v.

CONSTABLE GROUP, INC., an Oregon corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 6), filed March 17, 2009. The Court having considered the Stipulated Motion To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, in accordance with the parties' signed Settlement Agreement.

DATED: March __18__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge